Stephen Michael McMahon
  Appellant

v.  07-06-00091-CR

The State of Texas
  Appellee

From the 31st District Court
  Of Gray County

May 7, 2007

Opinion by Chief Justice Quinn

J U D G M E N T

Pursuant to the opinion of the Court dated May 7, 2007, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o